# EXHIBIT 1

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
03/23/2026 at 03:19:47 PM
By: Danielle Harbour,
Deputy Clerk

JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK LLP
4225 Executive Square, Suite 600
La Jolla, California 92037-1484
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| OLIVIA VENEGAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRSLATE, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 26CV177832<br><br>CLASS ACTION COMPLAINT FOR:<br><br>(1) FALSE ADVERTISING (BASED ON VIOLATION OF THE CALIFORNIA AUTOMATIC RENEWAL LAW) [Bus. & Prof. Code, § 17600 et seq. & § 17535]; and<br><br>(2) UNFAIR COMPETITION [Bus. & Prof. Code, § 17200 et seq.] |

## INTRODUCTION

1. This class action complaint alleges that defendant AirSlate, Inc. violates California law in connection with the advertising and sale of a computer software product called "pdfFiller."

2. AirSlate's advertising represents that consumers can obtain a "free trial" of pdfFiller. However, upon receiving a consumer's request for a free trial, AirSlate enrolls the consumer in an automatic renewal arrangement under which AirSlate imposes subsequent and unauthorized charges to the consumer's credit card, debit card, or third-party payment account. AirSlate apparently attempts to justify the subsequent charges by arguing that the consumer "agreed" to an automatic renewal arrangement with periodic charges upon expiration of a trial period.

3. AirSlate's business practices violate multiple aspects of California law. Among other things, AirSlate fails to provide the clear and conspicuous disclosures mandated by California law; charges consumers for automatic renewal subscriptions without first obtaining the consumer's affirmative consent to an agreement that contains clear and conspicuous disclosure of required automatic renewal offer terms; fails to provide consumers with an acknowledgment mandated by California law; and fails to provide a cost-effective, timely, and easy-to-use mechanism for cancellation. Such conduct constitutes false advertising, based on violation of the Automatic Renewal Law (Bus. & Prof. Code, § 17600 et seq. & § 17535), and violates the Unfair Competition Law (Bus. & Prof. Code, § 17200 et seq.) ("UCL").

4. This action seeks restitution for Plaintiff and other affected California consumers, as well as public injunctive relief for the benefit of the general public of the State of California.

## THE PARTIES

5. Plaintiff Olivia Venegas ("Plaintiff") is an individual residing in Orange County, California.

6. Defendant AirSlate, Inc. ("AirSlate") is a corporation organized under the laws of Delaware with a principal place of business in Massachusetts. AirSlate does business in Alameda County and throughout California, including the marketing and sale of pdfFiller and other software products.

7. Plaintiff does not know the names of the defendants sued as DOES 1 through 50 but will amend this Complaint when that information becomes known. Plaintiff alleges on information and belief that each of the DOE defendants is affiliated with the named defendant in some respect and is in some manner responsible for the wrongdoing alleged herein, either as a direct participant, or as the principal, agent, successor, alter ego, or co-conspirator of or with one or more of the other defendants. For ease of reference, Plaintiff will refer to the named defendant and the DOE defendants collectively as "Defendants."

## VENUE

8. Venue is proper in this judicial district because AirSlate does business in Alameda County. Further, because AirSlate has not designated a principal office in California, venue is proper in any county designated by Plaintiff.

## SUMMARY OF APPLICABLE LAW

### Automatic Renewal Law (Bus. & Prof. Code, § 17600 et seq.)

9. In 2009, the California Legislature passed Senate Bill 340, which took effect on December 1, 2010 as Article 9 of Chapter 1 of the False Advertising Law. (Bus. & Prof. Code, § 17600 et seq. ("ARL").) (Unless otherwise specified, all statutory references in this Complaint are to the California Business and Professions Code.) SB 340 was introduced because:

> It has become increasingly common for consumers to complain about unwanted charges on their credit cards for products or services that the consumer did not explicitly request or know they were agreeing to. Consumers report they believed they were making a one-time purchase of a product, only to receive continued shipments of the product and charges on their credit card. These unforeseen charges are often the result of agreements enumerated in the "fine print" on an order or advertisement that the consumer responded to.

(See Exhibit 1 at p. 4.)

10. The Assembly Committee on Judiciary provided the following background for the legislation:

> This non-controversial bill, which received a unanimous vote on the Senate floor, seeks to protect consumers from unwittingly consenting to "automatic renewals" of subscription orders or other "continuous service" offers. According to the author and supporters, consumers are often charged for renewal purchases without their consent or knowledge. For example, consumers sometimes find that a magazine subscription renewal appears on a credit card statement even though they never agreed to a renewal.

(See Exhibit 2 at p. 8.)

11. The ARL seeks to ensure that, before there can be a legally-binding automatic renewal or continuous service arrangement, there must first be adequate disclosure of certain terms and conditions and affirmative consent by the consumer. To that end, § 17602(a) makes it unlawful for any business making an automatic renewal offer or a continuous service offer to a consumer in California to do any of the following:

a. Fail to present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity to the request for consent to the offer; and if the offer includes a trial, fail to include a clear and conspicuous explanation of the price that will be charged after the trial ends. (§ 17602(a)(1).) For this purpose, "clear and conspicuous" means "in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off from the surrounding text of the same size by symbols or other marks, in a manner that clearly calls attention to the language." (§ 17601(a)(3).) The statute defines "automatic renewal offer terms" to mean the "clear and conspicuous" disclosure of the following: (a) that the subscription or purchasing agreement will continue until the consumer cancels; (b) the description of the cancellation policy that applies to the offer; (c) the recurring charges that will be charged to the consumer's credit or debit card or payment account with a third party as part of the automatic renewal plan or arrangement, and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known; (d) the length of the automatic renewal term or that the service is continuous, unless the length of the term is chosen by the consumer; and (e) the minimum purchase obligation, if any. (§ 17601(a)(2).)

b. Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms, including the terms of an automatic renewal offer or continuous service offer that is made at a promotional or discounted price for a limited period of time. (§ 17602(a)(2).)

c. Fail to provide an acknowledgment that includes clear and conspicuous disclosure of the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel, all of which is required to be provided in a manner that is capable of being retained by the consumer. (§ 17602(a)(3).)

d. Fail to obtain the consumer's express affirmative consent to the automatic renewal or continuous service offer terms. (§ 17602(a)(4).)

12. Section 17602(c)(1) requires that the acknowledgment specified in § 17602(a)(3) include a toll-free telephone number, email address, or another "cost-effective, timely, and easy-to-use" mechanism for cancellation.

13. If a business sends any goods, wares, merchandise, or products to a consumer under an automatic renewal or continuous service arrangement without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosure of all automatic renewal offer terms, such material is deemed to be an "unconditional gift" to the consumer. (§ 17603.)

14. In this Complaint, references to an "automatic renewal" arrangement encompass a "continuous service" arrangement, unless otherwise specified.

15. The remedies available for false advertising based on violation of the ARL are restitution and injunctive relief. (§ 17535 & § 17604(a).) These remedies are cumulative to each other and to remedies available under all other laws of California. (§ 17534.5.)

**Unfair Competition Law (Bus. & Prof. Code, § 17200 et seq.)**

16. The UCL defines unfair competition as including any unlawful, unfair, or fraudulent business act or practice; any unfair, deceptive, untrue, or misleading advertising; and any act prohibited by Chapter 1 of the FAL, § 17500 et seq. (§ 17200.)

17. The remedies available for unfair competition are restitution and injunctive relief. (§ 17203.) These remedies are cumulative to each other and to the remedies available under all other laws of California. (§ 17205.)

## OVERVIEW OF AIRSLATE'S BUSINESS PRACTICES

18. The business practices at issue in this case have been the subject of literally hundreds of consumer complaints to the Better Business Bureau ("BBB"). Many consumers report that they were enrolled in an automatic renewal subscription and/or that AirSlate imposed unauthorized charges on their credit cards, debit cards, or other payment accounts such as Venmo or PayPal. Other consumers report that such unauthorized charges or withdrawals were made even after the consumer explicitly cancelled a purported subscription.

19. Illustrative complaints and reviews posted on the BBB website (<https://www.bbb.org/us/ma/brookline/profile/computer-software/airslate-inc-0021-119177> [as of March 23, 2026]) include the following (copied verbatim):

> **Billing Issues (Dec. 12, 2025).** My venmo account is being charged annually for a subscription to Airslate that I never signed up for. I dont use venmo to pay any bills. These are fraudulent charges. REMOVED will not dispute because charges were automatically paid. Airslate has multiple websites, none of which offer any way to modify or cancel subscriptions. This is a scam and should be addressed. I also need to confirm that they will no longer charge me but the company is set up in a way that even their contact us/help pages are just run around offering no real support.

A true and correct printout of that complaint is attached as Exhibit 3.

> **Product Issues (Nov. 30, 2025).** I have been charged on REMOVED for 5 months now from a company named Airslate REMOVED and I don't even have an account with them to have a subscription. I have looked online and they are doing this to many people. They also have no contact number or email to reach them by that I can find. I want my money back from them.

A true and correct printout of that complaint is attached as Exhibit 4.

> **A.T. (Nov. 14, 2025).** I do not have an account. I reached out numerous times showing I was charged $154.08 and no one will get back to me! Please refund my account immediately! I tried disputing with REMOVED but they declined it! Poor customer service.

A true and correct printout of that complaint is attached as Exhibit 5.

/ / /

/ / /

/ / /

> **<u>Wa K. (Oct. 30, 2025).</u>** I noticed an unauthorized charge of $132.00 to my Venmo account on Oct 29, 2025, listed under your companys name, AirSlate Inc.I would like to make it clear that:I did not authorize this payment.I have never used your services.I do not own or operate a business account.I have no idea how my Venmo account information was obtained by your company, but this transaction was made without my consent or knowledge.Please issue a full refund of $132.00 immediately and confirm once the refund has been processed.I have also reported this charge to Venmo as an unauthorized transaction.

A true and correct printout of that complaint is attached as Exhibit 6.

> **<u>Billing Issues (Oct. 22, 2025).</u>** I received a charge on my venmo card for $104.81, free trial that was cancelled or thought it was due to the confusing path they make you follow.

A true and correct printout of that complaint is attached as Exhibit 7.

> **<u>Jason M. (Sept. 17, 2025).</u>** This company has been charging me $20 monthly for several months. I am embarrassed to admit that I did not catch this sooner. I tried to go online and figure out how to cancel.. It is impossible. I had to contact my credit card company to even assist with finding a phone number. In an attempt to cancel. Their sign up process is deceptive!! Evidently once I finally got through to someone I signed up for a trial through [redacted].. something I do not recall doing. Certainly not for a monthly subscription at $20 month. And they capitalize on making it difficult to contact them much less cancel. They should be ashamed of their practices!!!

A true and correct printout of that complaint is attached as Exhibit 8.

> **<u>Karen B. (Sept. 17, 2025).</u>** I tried to cancel my free trial and of course they make it very difficult and confusing do it on their website. I got live help and confirmation that my account had been canceled. Then in the middle of the night, I got a fraud alert from my credit card stating that the company had tried to charge me &96.

A true and correct printout of that complaint is attached as Exhibit 9.

> **<u>Billing Issues (Aug. 23, 2025).</u>** After cancelling my trial subscription in July 2025 I was billed $96 for an annual membership on 8-21-2025.

A true and correct printout of that complaint is attached as Exhibit 10.

> **<u>Service or Repair Issues (Jan. 28, 2025).</u>** I have asked this company [redacted] parent company airSlate to cancel my subscription for months. I have proof that I have reached out to customer service multiple time after unsuccessfully trying to cancel on my own. Today, again, they charged me $39 which I did not authorize. This is the third month of unauthorized charges from them and they wont stop. They claim they cannot find my account yet continue to charge me. I have reached out multiple times over email as well as their text box customer service. Its a joke.

A true and correct printout of that complaint is attached as Exhibit 11.

> **<u>Billing Issues (Aug. 23, 2024).</u>** I was charged 96$ to my venmo account by [redacted]. This transaction went through at 4:46am. I used a service that they sell once, as it was marketed as free. I never provided any banking information and never agreed to signing up for an annual charge for their service. I don't know how they got my information to create a venmo charge, but this practice is extremely deceptive and predatory. I would appreciate a refund.

A true and correct printout of that complaint is attached as Exhibit 12.

> **<u>Sales and Advertising Issues (Aug. 17, 2024).</u>** I was charged by airslate LLC for a subscription that I never signed up for. Predatory and fraud company., I do not use my Venmo for subscriptions and this is the account/card that was charged. I have no record via email of this purchase.

A true and correct printout of that complaint is attached as Exhibit 13.

> **<u>Billing Issues (Aug. 1, 2024).</u>** I was charged $96 by a company named Airslate through my venmo account. I used the service once under the implication it was free, did not provide any billing information. I have no email confirmations or any correspondence from Airslate indicating they would be charging me $96. This is fraudulent and predatory.

A true and correct printout of that complaint is attached as Exhibit 14.

> **<u>Lisa T. (July 12, 2024).</u>** I utilized this online PDFFiller service for one time. I cancelled the subscription. PDFfiller erroneously billed without notification. Once billed, I cancelled the new subscription and contacted customer support for a refund. The company responded that I needed to send them proof of payment through PayPal. The information requested is what they already had. I believe their inability to notify the customer of a coming payment and even requesting information they already have record of are deceptive practices, in my feedback to the company, I noted that all subscriptions I now have notify me of the coming charging. [redacted] is important. PDFfiller struggle with transparent practices.

A true and correct printout of that complaint is attached as Exhibit 15.

> **<u>Product Issues (Jan. 31, 2024).</u>** $100.69 was taken out of my account on 01/31/2024 without my permission. This is fraud. There is no customer service number to contact them to discuss getting a refund. I would like the money to be put back in my account!!!!!@

A true and correct printout of that complaint is attached as Exhibit 16.

> **<u>Service or Repair Issues (Jan. 18, 2024).</u>** Airslate [redacted] tool $144 twice from my venmo with no authorization! Its unbelievable what I've been through over this!

A true and correct printout of that complaint is attached as Exhibit 17.

> **<u>Billing Issues (Jan. 7, 2024).</u>** Last night at 12:28 AM I was charged for a year membership for PDFfiller, a free service I used to fill out a form. I did not authorize this charge and request a refund.

A true and correct printout of that complaint is attached as Exhibit 18.

> **<u>Billing Issues (Dec. 20, 2023).</u>** Today (December 20, 2023), I woke up to an unauthorized charge of $150.48 from Airslate REMOVED to my Venmo account. I do not know who Airslate is and I have no idea how they got access to my Venmo information. This is an unacceptable business practice and I do not know how this has not been remedied by the company with all of the previous similar complaints.

A true and correct printout of that complaint is attached as Exhibit 19.

> **<u>Billing Issues (June 23, 2023).</u>** I received a charge on my bank account for $103.06 today, June 23, 2023. I have never heard of this company nor its other PDFFiller company. I would like my money back ASAP because now days it's hard to come by $103.06. I never signed up for any subscription nor any emails. I haven't gotten any notifications or emails about this company or I would have stopped the charge. If it's not the company doing the charges then a investigation needs to be done to find out who is behind the unnecessary charges.

A true and correct printout of that complaint is attached as Exhibit 20.

> **<u>Product Issues (Apr. 29, 2023).</u>** Hi, REMOVED charged my Venmo account $144.00 without my consent at 5 am on 4/29/2023. I am very frustrated because this took from my rent money and I am a single mother. I am requesting a refund of my money as quickly as possible.

A true and correct printout of that complaint is attached as Exhibit 21.

> **<u>Billing Issues (Mar. 20, 2023).</u>** I've already canceled my plan for AirSlate for months, I've even deleted my account but still get charged for $20 every month, this company is frauding the customers.

A true and correct printout of that complaint is attached as Exhibit 22.

> **<u>Billing Issues (Feb. 14, 2023).</u>** I tried to buy groceries just now and my card was declined! When I checked my account I saw a charge for $96 through Venmo from AirSlate, Inc. on Monday, Feb 13, 2023 at 4:08am. I was asleep with my phone on my nightstand at 4:08am! I have NEVER heard of this company nor have I ever purchased or NEVER authorized any transactions with them. This fraudulent charge has left my balance negative and now I have no idea how to get my groceries!! I would like my money refunded back to me and this company penalized for stealing from me!

A true and correct printout of that complaint is attached as Exhibit 23.

> **<u>Service or Repair Issues (Jan. 23, 2023).</u>** I tried to use my debit card when it was declined. I checked my bank account and it was at a negative value. I noticed a $144 charge from "AirSlate ***** a company I have NEVER heard of, on my venmo. Venmo is only used for my best friend. I never use it for purchases. I am an 18 year old nursing student, who you guys STOLE from. I then came to find that you have done this to so many other innocent people. What is wrong with you people? Do better, and give me my money back.

A true and correct printout of that complaint is attached as Exhibit 24.

> **<u>Billing Issues. (Jan. 14, 2023).</u>** There was an unauthorized charge to my Venmo account for 96$. Tried calling the company and nothing has been done. Ive never heard of this company till the charge popped up in my account.

A true and correct printout of that complaint is attached as Exhibit 25.

> **<u>Service or Repair Issues. (Dec. 11, 2022</u>**<u>).</u> I have been trying to unsubscribe to PDFFiller service since August. I have wrote them, and attempted to unsubscribe online. I am still being charged a monthly bill and dont know how to make it stop.

A true and correct printout of that complaint is attached as Exhibit 26.

20. After analyzing the large number of consumer complaints regarding AirSlate's business practices, the BBB concluded that "[t]he vast majority of complaints involve customers being charged by AirSlate without their knowledge or consent, often through their linked Venmo accounts." The BBB further found that "[m]ost complainants state they have never heard of AirSlate before and have no idea why they were charged, suggesting they did not knowingly sign up for any services" and "[c]ustomers express frustration with AirSlate's lack of responsiveness and inability to easily obtain refunds for unauthorized charges…. [and] difficulty canceling unwanted subscriptions." On April 22, 2024, the BBB posted those findings to its website as "Important Information" regarding AirSlate. (See Exhibit 27.)

21. On July 1, 2024, AirSlate responded to the BBB by stating "99% of the complaints are, sadly, related to the fact that [some] people do not understand how free trial period works as such. On our end, we did everything possible to prevent this misunderstanding: there is explicit information provided upon account registration and there is also an email sent which contains info on the free trial deadline and other important details." (See Exhibit 27, alteration in original.)

22. AirSlate's claim that it does "everything possible" to "prevent [] misunderstanding" is plainly not true. As described below, AirSlate has not taken simple steps that could eliminate confusion and its disclosures fail to comply with California law.

23. Defendants advertise and sell pdfFiller through www.pdffiller.com and possibly other websites or channels, often as a "free trial." As an example of a "free trial" offer, the webpage sequence for pdffiller.com is described below. The screen shown below (the "pdfFiller Selection Screen") states in bold type that the consumer can "**Start your <u>FREE</u> trial of pdfFiller!**"

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

(Exhibit 28 - pdfFiller Selection Screen)




A copy of the complete webpage that includes this screen is attached hereto as Exhibit 28.

24. When a plan is selected, the consumer can scroll to the bottom of the webpage to the portion of the screen containing data fields for entry of name and other information. That screen (the "pdfFiller Payment Screen") is shown below, reflecting selection of the "Basic (Monthly)" plan, three prominent statements that this is a "30-day free trial," and the prominent statement in large green type, "**Today's Charge: $0.00**."

(Exhibit 28 - pdfFiller Payment Screen)




The pdfFiller Selection Screen and pdfFiller Payment Screen are included on the same webpage, a copy of which is attached hereto as Exhibit 28.

25. When a consumer clicks one of the ApplePay, GooglePay, PayPal, or Venmo buttons, the consumer can proceed without checking the small box that appears above the button entitled **Start my free 30-day trial!**

26. After a consumer clicks the **Start my free 30-day trial!** button, the consumer is next presented with an "Order Summary" screen, an exemplar of which is attached hereto as Exhibit 29 and the pertinent portion is set forth below for ease of reference:

(Exhibit 29 – Order Summary Screen)




27. The Order Summary Screen disappears when the consumer clicks one of buttons on that screen.

28. When a consumer requests a free trial, AirSlate unilaterally enrolls the consumer in a subscription that will automatically renew and for which AirSlate will impose subsequent charges until the consumer cancels the (purported) subscription. However, AirSlate fails to provide the "clear and conspicuous" disclosure that California law requires for creation of a valid automatic renewal or continuous service arrangement.

29. The pdfFiller Payment Screen (the bottom portion of Exhibit 28) does not comply with § 17602(a)(1) because the screen does not present all "automatic renewal offer terms" in a "clear and conspicuous manner" and in visual proximity to the request for consent to the offer. The mention of a future monetary charge appears in a single line of text set forth in a type that is smaller and much less prominent than the surrounding text. Moreover, the screen does not include all of the "automatic renewal offer terms" because, without limitation, there is no statement that a subscription

or purchasing agreement will continue until the consumer cancels and there is no description of the cancellation policy that applies to the offer.

30. AirSlate also fails to provide an acknowledgment that contains clear and conspicuous disclosure of automatic renewal offer terms, the cancellation policy, and information regarding how to cancel, in violation of § 17602(a)(3).

31. AirSlate also fails to provide a "cost-effective, timely, and easy-to-use mechanism for cancellation," in violation of § 17602(c)(1).

**PLAINTIFF'S TRANSACTION**

32. In December 2024, Plaintiff reviewed her Venmo account and noticed two charges by "AirSlate Inc." in the amount of $20 each, posted on December 26, 2024. When Plaintiff investigated those charges, she discovered that AirSlate had been charging her every month since September 2023, including, for part of that period, two $20 charges each month.

33. After learning that AirSlate markets and sells PDF software, Plaintiff recalled that she had previously accessed what she understood to be a free trial of pdfFiller. The actual website screens presented to Plaintiff are in the exclusive possession of AirSlate and will be the subject of discovery in this action. Without waiving the right to introduce evidence of any website screens produced in discovery, Plaintiff alleges on information and belief that the sequence of screens presented to her was, in material respects, substantially similar to the sequence described above and reflected in Exhibits 28 and 29. Plaintiff was not aware that AirSlate would enroll her in a subscription or post charges to her Venmo account, and she did not authorize AirSlate to do so.

34. On January 2, 2025, Plaintiff contacted AirSlate via its online chat platform to request a refund and ask that AirSlate cancel any further charges. AirSlate acknowledged Plaintiff's request and represented that it would cancel further charges, but AirSlate agreed to refund only $20.

35. In November 2025, Plaintiff discovered that her Venmo account was still being charged by AirSlate in the amount of $20 per month. Upon investigation, Plaintiff discovered that such charges had been imposed each month since January 2025. On November 5, 2025, Plaintiff once again contacted AirSlate via its online chat platform to request a refund and ask that AirSlate cancel any further charges. Eventually, through the chatbot, AirSlate confirmed cancellation of the

charges but did not provide any refund.

36. When Plaintiff accessed what she understood to be a free trial of pdfFiller, she was not aware that AirSlate would contend she had given consent to be enrolled in an automatic renewal subscription or that AirSlate would contend she had given consent for AirSlate to post charges to her Venmo account. If Plaintiff had known that AirSlate was going to enroll her in a subscription for which AirSlate would impose subsequent charges, Plaintiff would not have agreed to any offer for pdfFiller.

37. Plaintiff has no intention to purchase any product or otherwise do business with AirSlate in the future.

**CLASS ACTION ALLEGATIONS**

38. Plaintiff brings this lawsuit as a class action under Code of Civil Procedure § 382 on behalf of the following Class: "All individuals in California who, within the statute of limitations period, submitted a request for a free trial of pdfFiller and were enrolled in an automatic renewal subscription, limited to individuals who did not receive a full refund. Excluded from the Class are all employees of Defendants, all employees of Plaintiff's counsel, and the judicial officers to whom this case is assigned."

39. Ascertainability. The members of the Class may be ascertained by reviewing records in the possession of Defendants and/or third parties, including without limitation Defendants' marketing and advertising records, customer records, and billing records.

40. Common Questions of Fact or Law. There are questions of fact or law that are common to the members of the Class, which predominate over individual issues. Common questions regarding the Class include, without limitation: (1) whether Defendants present all automatic renewal offer terms in a manner that is "clear and conspicuous" and in visual proximity to the request for consent to the offer, as required by § 17602(a)(1); (2) whether Defendants obtain consumers' affirmative consent to an agreement containing clear and conspicuous disclosure of automatic renewal offer terms before charging a credit card, debit card, or third-party payment account, as required by § 17602(a)(2); (3) whether Defendants provide consumers with an acknowledgment that includes clear and conspicuous disclosure of all statutorily-mandated automatic renewal offer terms,

the cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer, as required by § 17602(a)(3); (4) whether Defendants' obtain the consumer's express affirmative consent to the automatic renewal offer terms, as required by § 17602(a)(4); (5) whether Defendants provide a cost-effective, timely, and easy-to-use mechanism for cancellation, as required by § 17602(c)(1); and (6) the appropriate remedies for Defendants' conduct.

41. Numerosity. The Class is so numerous that joinder of all Class members would be impracticable. Plaintiff is informed and believes and thereon alleges that the Class consists of at least 80 members.

42. Typicality and Adequacy. Plaintiff's claims are typical of the claims of the other members of the Class. Plaintiff alleges that Defendants enrolled Plaintiff and other Class members in automatic renewal or continuous service subscriptions without disclosing all automatic renewal offer terms required by law, and without presenting such automatic renewal terms in the requisite clear and conspicuous manner; charged Plaintiff's and Class members' credit cards, debit cards, or third-party payment accounts without first obtaining affirmative consent to an agreement containing clear and conspicuous disclosure of all automatic renewal offer terms; failed to provide the acknowledgment required by law; and failed to provide the requisite cost-effective, timely, and easy-to-use mechanisms for cancellation. Plaintiff has no interest adverse to the other Class members. Plaintiff will fairly and adequately protect the interests of the Class members.

43. Superiority. A class action is superior to other methods for resolving this controversy. Because the amount of restitution to which each Class member may be entitled is low in comparison to the expense and burden of individual litigation, it would be impracticable for Class members to redress the wrongs done to them without a class action. Furthermore, on information and belief, many Class members do not know that their legal rights have been violated. Class certification would also conserve judicial resources and avoid the possibility of inconsistent judgments. Prosecution of separate actions by individual Class members would create a risk of inconsistent or varying adjudications with respect to individual Class members, which would establish incompatible standards of conduct for Defendants.

**FIRST CAUSE OF ACTION**

False Advertising (Based on Violation of the California Automatic Renewal Law)

(Bus. & Prof. Code, § 17600 et seq. & § 17535)

44. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

45. During the applicable statute of limitations period, Defendants have enrolled Plaintiff and other California consumers in automatic renewal subscriptions and have violated the ARL by, among other things, (a) failing to present automatic renewal offer terms in a clear and conspicuous manner before a subscription is fulfilled and in visual proximity to a request for consent to the offer, in violation of § 17602(a)(1); (b) charging the consumer's credit card, debit card, or third-party payment account for an automatic renewal without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosure of all automatic renewal offer terms, in violation of § 17602(a)(2); (c) failing to provide an acknowledgment that includes clear and conspicuous disclosure of all required automatic renewal offer terms, the cancellation policy, and information regarding how to cancel, in a manner that is capable of being retained by the consumer, in violation of § 17602(a)(3); (d) failing to obtain the consumer's express affirmative consent to the automatic renewal or continuous service offer terms, in violation of § 17602(a)(4); and (e) failing to provide a cost-effective, timely, and easy-to-use mechanism for cancellation, in violation of § 17602(c).

46. Plaintiff suffered injury in fact and lost money as a result of Defendants' violations of the ARL.

47. Pursuant to Business and Professions Code § 17603 and § 17535, Plaintiff and Class members are entitled to restitution of all amounts that Defendants charged to Plaintiff's and Class members' credit cards, debit cards, or third-party payment accounts for automatic renewal subscriptions following a free trial of pdfFiller within the three years preceding the filing of this Complaint and continuing thereafter until Defendants' violations cease.

48. Unless enjoined and restrained by this Court, Defendants will continue to commit the violations alleged herein. Pursuant to Business and Professions Code § 17535, for the benefit of the general public, Plaintiff and the Class members seek a public injunction: (a) enjoining

Defendants from continuing their unlawful practices as alleged herein; (b) requiring Defendants to provide an accounting of all monies obtained from California consumers in connection with automatic-renewal subscriptions based on free-trial offers for pdfFiller in the three years preceding the filing of this Complaint and thereafter until Defendants' violations cease; (c) requiring Defendants to give notice to all customers in the State of California who were enrolled in an automatic renewal subscription based on a free-trial offer for pdfFiller in the three years preceding the filing of this Complaint and thereafter until Defendants' violations cease; and (d) establishing an effective monitoring mechanism to ensure Defendants' continued compliance with the terms of the injunction.

**SECOND CAUSE OF ACTION**

Violation of the California Unfair Competition Law

(Bus. & Prof. Code, § 17200 et seq.)

49. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

50. The UCL defines unfair competition as including any unlawful, unfair, or fraudulent business act or practice; any unfair, deceptive, untrue, or misleading advertising; and any act of false advertising under Chapter 1 of the FAL, § 17500 et seq. (Bus. & Prof. Code, § 17200.)

51. In the course of conducting business in California within the applicable limitations period, Defendants committed unlawful, unfair, and/or fraudulent business practices, and engaged in unfair, deceptive, untrue, and/or misleading advertising, by, inter alia and without limitation: (a) failing to present automatic renewal offer terms in a clear and conspicuous manner before a subscription or purchasing agreement is fulfilled and in visual proximity to a request for consent to the offer, in violation of § 17602(a)(l); (b) charging the consumer's credit card, debit card, or third-party payment account in connection with an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to an agreement containing clear and conspicuous disclosure of all automatic renewal offer terms, in violation of § 17602(a)(2); (c) failing to provide an acknowledgment that includes clear and conspicuous disclosure of all required automatic renewal offer terms, the cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer, in violation of § 17602(a)(3); (d) failing to obtain the

consumer's express affirmative consent to the automatic renewal or continuous service offer terms, in violation of § 17602(a)(4); and (e) failing to provide a cost-effective, timely, and easy-to-use mechanism for cancellation, in violation of § 17602(c).

52. Plaintiff reserves the right to identify other acts or omissions that constitute unlawful, unfair, or fraudulent business acts or practices; unfair, deceptive, untrue, or misleading advertising; and/or other prohibited acts.

53. Defendants' acts and omissions as alleged herein violate obligations imposed by statute, are substantially injurious to consumers, offend public policy, and are immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct outweighs any alleged benefits attributable to such conduct.

54. There were reasonably available alternatives to further Defendants' legitimate business interests, other than the conduct described herein.

55. Defendants' acts, omissions, nondisclosures, and statements as alleged herein were and are false, misleading, and/or likely to deceive the consuming public.

56. Plaintiff has suffered injury in fact and lost money as a result of Defendants' acts of unfair competition.

57. Pursuant to Business and Professions Code § 17603 and § 17203, Plaintiff and Class members are entitled to restitution of all amounts that Defendants charged to Plaintiff's and Class members' credit cards, debit cards, or third-party payment accounts for automatic renewal subscriptions following a free trial of pdfFiller within the four years preceding the filing of this Complaint and continuing thereafter until Defendants' violations cease.

58. Unless enjoined and restrained by this Court, Defendants will continue to commit the violations alleged herein. Pursuant to Business and Professions Code § 17203, for the benefit of the general public, Plaintiff and the Class members seek a public injunction: (a) enjoining Defendants from continuing their unlawful practices as alleged herein; (b) requiring Defendants to provide an accounting of all monies obtained from California consumers in connection with automatic-renewal subscriptions based on free-trial offers for pdfFiller in the four years preceding the filing of this Complaint and thereafter until Defendants' violations cease; (c) requiring

Defendants to give notice to all customers in the State of California who were enrolled in an automatic renewal subscription based on a free-trial offer for pdfFiller in the four years preceding the filing of this Complaint and thereafter until Defendants' violations cease; and (d) establishing an effective monitoring mechanism to ensure Defendants' continued compliance with the terms of the injunction.

**PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

On the First Cause of Action:

1. For restitution to Plaintiff and all Class members;
2. For a public injunction;

On the Second Cause of Action:

3. For restitution to Plaintiff and all Class members;
4. For a public injunction;

On All Causes of Action:

5. For costs of suit; and
6. For such other relief as the Court may deem just and proper.

Dated: March 23, 2026 DOSTART HANNINK LLP

Zachariah Paul Dostart

ZACH P. DOSTART
Attorneys for Plaintiff

1015042

# Exhibit 1

**SENATE JUDICIARY COMMITTEE**
**Senator Ellen M. Corbett, Chair**
**2009-2010 Regular Session**

SB 340
Senator Yee
As Amended April 2, 2009
Hearing Date: April 14, 2009
Business and Professions Code
ADM:jd

## SUBJECT

Advertising: Automatic Renewal Purchases

## DESCRIPTION

This bill would require, in any automatic renewal offer, a business to clearly and conspicuously state the automatic renewal offer terms and obtain the customer's affirmative consent to those terms before fulfilling any subscription or purchasing agreement on an automatic renewal basis. This bill would also require all marketing materials to clearly and conspicuously display a toll-free telephone number, if available, telephone number, postal address, or electronic mechanism the customer could use for cancellation.

This bill would require the order form to clearly and conspicuously disclose that the customer is agreeing to an automatic renewal subscription or purchasing agreement.

This bill would impose similar requirements for any automatic renewal offer made over the telephone or on an Internet Web page.

(This analysis reflects author's amendments to be offered in committee.)

## BACKGROUND

Current consumer protection statutes do not address automatic renewal clauses or provisions in subscriptions or purchasing agreements. Senate Bill 340 is intended to close this gap in the law.

When some businesses began using automatic renewals for subscriptions and purchase agreements for products and services, consumer complaints began to surface regarding those automatic renewals. Consumers complained that they were unaware of and had

LEGISLATIVE INTENT SERVICE (800) 666-1917

not requested the automatic renewals until they either received a bill or a charge on their credit card.
An example of this problem is illustrated by the Time, Inc. (Time) case. After receiving numerous consumer complaints, the Attorneys General of 23 states, including California, launched an investigation into Time's automatic renewal subscription offers. In 2006, the investigation resulted in a settlement agreement between the Attorneys General and Time that includes a number of reforms to automatic renewals that Time sends to their customers. Those reforms include, among others, expanded disclosure requirements and customers' affirmative consent to automatic renewals. (*See* Comment 2 for details.)

## CHANGES TO EXISTING LAW

Existing law, the Unfair Competition Law (UCL), provides that unfair competition means and includes any unlawful, unfair, or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising, and any act prohibited by the False Advertising Act (FAA). (Bus. & Prof. Code Sec. 17200 et seq.)

Existing law, the FAA, includes the following:

- prohibits any person with the intent, directly or indirectly, to dispose of real or personal property, to perform services, or to make or disseminate or cause to be made or disseminated to the public any statement concerning that real or personal property that is untrue or misleading and known or should be known to be untrue or misleading; and
- prohibits any person from making or disseminating any untrue or misleading statement as part of a plan or scheme with the intent not to sell that personal property or those services at the stated or advertised price. (Bus. & Prof. Code Sec. 17500.)

Existing law provides that any violation of the FAA is a misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine of $2,500, or by both. (Bus. & Prof. Secs. 17500, 17534.)

Existing law provides that any person who violates any provision of the FAA is liable for a civil penalty not to exceed $2,500 for each violation that must be assessed and recovered in a civil action by the Attorney General or by any district attorney, county counsel, or city attorney. (Bus. & Prof. Code Sec. 17536.)

Existing law provides that a person who has suffered injury in fact and has lost money or property as a result of unfair competition may bring a civil action for relief. (Bus. & Prof. Code Sec. 17204.)

Existing law provides for injunctive relief, restitution, disgorgement, and civil penalties. (Bus. & Prof. Code Secs. 17203, 17206.)

LEGISLATIVE INTENT SERVICE (800) 666-1917

<u>This bill</u> would require all printed marketing materials containing an offer with an automatic renewal term to comply with the following: the customer's agreement to the automatic renewal offer must be obtained in accordance with either (1) or (2) below so that the customer is given the opportunity to expressly consent to the offer:

1. All automatic renewal offer terms must appear on the order form in immediate proximity to the area on the form where the customer selects the subscription or purchasing agreement billing terms or where the subscription or purchasing agreement billing terms are described; the order form must clearly and conspicuously disclose that the customer is agreeing to an automatic renewal subscription or purchasing agreement; and the automatic renewal offer terms must appear on materials that can be retained by the customer.
2. Both of the following:
   a. on the front of the order form, the marketing materials must (i) refer to the subscription or purchasing agreement using the term "automatic renewal" or "continuous renewal," (ii) clearly and conspicuously state that the customer is agreeing to the automatic renewal, and (iii) specify where the full terms of the automatic renewal offer may be found; and
   b. the marketing materials must clearly and conspicuously state the automatic renewal offer terms presented together preceded by a title identifying them specifically as the "Automatic Renewal Terms," "Automatic Renewal Conditions," "Automatic Renewal Obligations," or "Continuous Renewal Service Terms," or other similar description.

<u>This bill</u> would require all marketing materials that offer an automatic renewal, when viewed as a whole, to clearly and conspicuously disclose the material terms of the automatic renewal offer and must not misrepresent the material terms of the offer.

<u>This bill</u> would require an automatic renewal to clearly and conspicuously describe the cancellation policy and how to cancel, including, but not limited to, a toll-free telephone number, if available, telephone number, postal address, or electronic mechanism on the Internet Web page or on the publication page of the printed materials.

<u>This bill</u> would require, in any automatic renewal offer made over the telephone, a business to clearly and conspicuously state the automatic renewal terms prior to obtaining a customer's consent and payment information. The business must obtain a clear affirmative statement from the customer agreeing to the automatic renewal offer terms and must send a written acknowledgement that contains the toll-free number, if available, telephone number, postal address, or electronic mechanism for cancellation.

<u>This bill</u> would require, in any automatic renewal offer made on an Internet Web page, the business to clearly and conspicuously disclose the automatic renewal offer terms prior to the button or icon on which the customer must click to submit the order. In any automatic renewal offer made on an Internet Web page where the automatic renewal terms do not appear immediately above the submit button, the customer must be required to affirmatively consent to the automatic renewal offer terms. The automatic

LEGISLATIVE INTENT SERVICE (800) 666-1917

renewal terms must be preceded by a title identifying them as the "Automatic Renewal Terms," "Automatic Renewal Conditions," "Automatic Renewal Obligations,""Continuous Renewal Service Terms," or other similar description.

This bill would require, in any automatic renewal offer, a business to clearly and conspicuously state the automatic renewal offer terms and obtain the customer's affirmative consent to those terms before fulfilling any subscription or purchasing agreement on an automatic renewal basis and all marketing materials that offer an automatic renewal subscription or purchasing agreement must clearly and conspicuously display the cancellation policy and how to cancel.

This bill would provide that no business may represent that a product is "free" if the cost of the product is incorporated in the price of the accompanying item purchased under automatic renewal conditions.

This bill would provide that a violation of the bill's provisions would not be a crime, but all applicable civil remedies would be available.

This bill would define key terms, including "automatic renewal" and "automatic renewal terms." (*See* Comment 4.)

## COMMENT

1. Stated need for the bill

The author writes:

> It has become increasingly common for consumers to complain about unwanted charges on their credit cards for products or services that the consumer did not explicitly request or know they were agreeing to. Consumers report they believed they were making a one-time purchase of a product, only to receive continued shipments of the product and charges on their credit card. These unforeseen charges are often the result of agreements enumerated in the "fine print" on an order or advertisement that the consumer responded to. The onus falls on the consumer to end these product shipments and stop the unwanted charges to their credit card.
>
> A widespread instance of these violations resulted in the 2006 Time, Inc. case, in which Time settled a multi-state investigation into its automatic renewal offers and solicitations. The states launched their probe after receiving complaints from consumers that Time was billing them or charging their credit cards for unwanted magazine subscriptions. The states' investigation found that these mail solicitations misled some consumers into paying for unwanted or unordered subscriptions.

LEGISLATIVE INTENT SERVICE (800) 666-1917

2. Time's Assurance of Voluntary Compliance or Discontinuance (Assurance) with Attorneys General; SB 340 modeled after the Assurance

The Attorneys General of 23 states (States), including California, investigated Time's automatic renewal subscription offers. Time publishes over 150 magazines worldwide, including Time, People, Sports Illustrated, This Old House, Entertainment Weekly, Fortune, and Popular Science. Time required customers to notify it if they did not want a subscription renewal; otherwise Time charged customers' credit cards or billed customers. The automatic renewal terms replaced "the industry's prior practice of offering limited-term subscriptions that were renewed at the Customer's affirmative election." The States investigated:

> [W]hether the [automatic renewal] terms were clearly and adequately disclosed; whether the Customer was given an opportunity to expressly consent to the offer; whether the Customer was likely to believe the purchase was for a limited-term subscription, rather than an automatically renewed subscription; whether Customers were subsequently informed of the activation of an Automatic Renewal, and, if so, the manner in which they were so informed; the manner by which Customers were billed or charged; and how Time sought to collect payments for charges resulting from an Automatic Renewal. (Matters Investigated set forth in the Assurance.)

As a result of the investigation, in 2006, the States reached a settlement agreement – the Assurance – with Time. In the Assurance, Time agreed to:

- provide clear and conspicuous disclosures to consumers concerning all the material terms for automatic subscription renewals and, for the next five years, provide consumers the option to affirmatively choose an automatic renewal option and Time will send those consumers who have chosen an automatic subscription renewal written reminders, including information on the right and procedure to cancel;
- honor all requests to cancel subscriptions as soon as reasonably possible and to provide refunds to consumers charged for magazines they did not order;
- stop mailing solicitations to consumers for subscriptions that resemble bills, invoices, or statements of amounts due; and
- not submit unpaid accounts of automatic renewal customers for third party collection.

Time also agreed to refund to customers up to $4.3 million, which included up to $828,463 to 20,238 eligible California consumers, approximately $41 per consumer. Senate Bill 340 is modeled in large part after the Assurance.

3. Remedies available under the bill

Senate Bill 340 would provide that a violation of its provisions would not be a crime, but all applicable civil remedies would be available.

LEGISLATIVE INTENT SERVICE (800) 666-1917

Under the FAA, any person who violates any provision of the FAA is liable for a civil penalty not to exceed $2,500 for each violation that must be assessed and recovered in a civil action by the Attorney General or by any district attorney, county counsel, or city attorney. Under the UCL, a private party may bring a civil action for injunctive relief and/or for restitution of profits that the defendant unfairly obtained from that party. However, the party must have suffered injury in fact and lost money or property.

4. Key terms defined

This bill would define the following key terms:

a. "Automatic renewal" would mean a plan or agreement in which a subscription or purchasing agreement is automatically renewed at the end of a definite term for a subsequent term.

b. "Automatic renewal offer terms" would mean the following clear and conspicuous disclosure:

- that the subscription or purchasing agreement will continue unless the customer notifies the business to stop;
- that the customer has the right to cancel;
- that the customer will be billed, credit card charged, or other appropriate description of the payment method depending on the method described to the customer, or chosen by the customer on the front of the order form, and that the bill, charge, or other payment method will take place before the start of each new automatic renewal term;
- the length of the automatic renewal term or that the renewal is continuous, unless the length of the term is chosen by the customer;
- that the price paid by the customer for future automatic renewal terms may change; and
- the minimum purchase obligation, if any.

c. "Clear and conspicuous" or "clearly and conspicuously" would mean a statement or communication, written or oral, presented in a font, size color, location, and contrast against the background in which it appears, compared to the other matter which is presented, so that it is readily understandable, noticeable, and readable.

d. "Marketing materials" would include any offer, solicitation, script, product description, publication, or other promotional materials, renewal notice, purchase order device, fulfillment material, or any agreement for the sale or trial viewing of products that are delivered by mail, in person, television or radio broadcast, e-mail, Internet, Internet Web page, or telephone device, or appearing in any newspaper or magazine or on any insert thereto, or Internet link or pop-up window.

5. Recording of telephone automatic renewal offers

Assembly Bill 88 (Corbett, Ch. 77, Stats. 2003) incorporated into state law a rule adopted by the Federal Trade Commission intended to protect consumers from "abusive" telemarketing practices. The rule requires, among other things, that telemarketers make

LEGISLATIVE INTENT SERVICE (800) 666-1917

Case 3:26-cv-03852-SK Document 1-1 Filed 04/30/26 Page 30 of 96 PageID #: 37


and maintain an audio recording of all telephone solicitations. (Telemarketing Sales Rule, 16 C.F.R. Part 310, 310.4(a)(6)(i), and 310.5(a)(5), effective March 31, 2009.)

The author may want to consider requiring that telephone automatic renewal offers be audio recorded and that the recording be maintained.

6. Author's amendments

On page 3, line 17, insert:
(c) "Continuous renewal" means a plan or arrangement in which a subscription or purchasing agreement is continuously renewed until the customer cancels the renewal.

On page 3, line 19, delete (c) and insert (d).

On page 3, line 34, delete (d) and insert (e).

On page 3, line 36, delete (e) and insert (f).

On page 4, line 4, insert (f).

On page 4, line 5, insert:
(g) All automatic renewal provisions in this article shall apply to continuous renewals.

Support: California Public Interest Research Group; Consumer Federation of California; American Federation of State, County and Municipal Employees; California Alliance for Consumer Protection

Opposition: None Known

**HISTORY**

Source: Author

Related Pending Legislation: None Known

Prior Legislation: None Known

************

LEGISLATIVE INTENT SERVICE (800) 666-1917

Exhibit 2

Date of Hearing: June 30, 2009

ASSEMBLY COMMITTEE ON JUDICIARY
Mike Feuer, Chair
SB 340 (Yee) – As Amended: June 24, 2009

PROPOSED CONSENT (As Proposed to be Amended)

SENATE VOTE: 37-0

SUBJECT: AUTOMATIC RENEWAL AND CONTINUOUS SERVICE OFFERS

KEY ISSUE: SHOULD A BUSINESS THAT MARKETS A PRODUCT WITH AN "AUTOMATIC RENEWAL OFFER" BE REQUIRED TO CLEARLY AND CONSPICUOUSLY DISCLOSE RENEWAL TERMS AND CANCELLATION POLICIES, AND TO OBTAIN THE CUSTOMER'S AFFIRMATIVE CONSENT TO AN AUTOMATIC RENEWAL?

FISCAL EFFECT: As currently in print this bill is keyed non-fiscal.

**SYNOPSIS**

*This non-controversial bill, which received a unanimous vote on the Senate floor, seeks to protect consumers from unwittingly consenting to "automatic renewals" of subscription orders or other "continuous service" offers. According to the author and supporters, consumers are often charged for renewal purchases without their consent or knowledge. For example, consumers sometimes find that a magazine subscription renewal appears on a credit card statement even though they never agreed to a renewal. Indeed, this problem led 23 state attorneys general to launch an investigation of Time, Inc., in response to claims that the company used deceptive practices in signing up customers for automatic subscription renewals. As part of a settlement of this dispute, Time agreed to institute new practices so that customers are fully aware of and affirmatively consent to automatic renewals. This bill, following the lead of the Times' settlement, would require that renewal terms and cancellation policies be clearly and conspicuously presented to the consumer, whether the offer is made on printed material or through a telephone solicitation. In addition, the bill would require that the consumer make some affirmative acknowledgement before an order with an automatic renewal can be completed. Finally, the bill specifies that violation of the bill's provisions do not constitute a crime. The author has worked closely with affected business interests and has made several amendments that appear to address all stakeholders' concerns. There is no registered opposition to the bill.*

SUMMARY: Requires any business making an "automatic renewal" or "continuous service" offer to clearly and conspicuously, as defined, disclose terms of the offer and obtain the consumer's affirmative consent to the offer. Specifically, this bill:

1) Makes it unlawful for any business making an automatic renewal offer or a continuous service offer to a consumer to do any of the following:

LEGISLATIVE INTENT SERVICE (800) 666-1917

a) Fail to present the offer terms in a clear and conspicuous manner, as defined, before the subscription or purchasing agreement is fulfilled and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for consent to the offer.
b) Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service offer without first obtaining the consumer's affirmative consent.
c) Fail to provide automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer. If the offer includes a free trial, the business shall disclose how to cancel and allow the consumer to cancel before the consumer pays for the goods or services.

2) Requires a business making automatic renewal or continuous service offers to provide a toll-free telephone number, electronic mail address, a postal address if the seller directly bills the customer, or another cost-effective, timely, and easy-to-use mechanism for cancellation that shall be described in the written acknowledgment.

3) Specifies that in the case of a material change in the terms of an automatic renewal or continuous service offer that has been accepted by the consumer, the business shall provide the consumer with a clear and conspicuous notice of the material change and provide information regarding how to cancel in a manner that is capable of being retained by the consumer.

4) Specifies that the requirements of this bill shall only apply to the completion of the initial order for the automatic renewal or continuous service, except as provided.

5) Provides that in any case in which a business sends any goods, wares, merchandise, or products to a consumer, under a continuous service or automatic renewal, without first obtaining the consumer's affirmative consent, in the manner required by this bill, then the goods, wares, merchandise, or products shall be deemed an unconditional gift to the consumer, and the business shall bear any shipping or other related costs.

6) Provides that violation of the provisions of this bill shall not be a crime, but that all civil remedies that apply to a violation may be employed. Specifies, however, that if a business complies with the provisions of this bill in good faith, it shall not be subject to civil remedies.

7) Exempts from the provisions of this bill any service provided by certain businesses or entities, including those regulated by the California Public Utilities Commission, the Federal Communication Commission, or the Federal Energy Regulatory Commission.

EXISTING LAW:

1) Provides, under the Unfair Competition Law (UCL), that unfair competition includes any unlawful, unfair, or fraudulent business act or practice, including any unfair, deceptive, or untrue advertising, or any act prohibited by the False Advertising Act (FAA). (Business & Professions Code Section 17200 *et seq*.)

2) Prohibits any person with the intent, directly or indirectly, to sell any goods or services by making or disseminating statements that the person knows, or should know, to be untrue or misleading, and prohibits any person from making or disseminating any untrue or misleading

LEGISLATIVE INTENT SERVICE (800) 666-1917

statement as part of a plan or scheme to sell goods or services at other than the stated or advertised price. (Business & Professions Code section 17500.)

3) Provides that any violation of the FAA is a misdemeanor. (Business & Professions Code sections 17500, 17534.)

4) Provides that any person who violates any provision of the FAA is liable for a civil penalty not to exceed $2,500 for each violation that must be assessed and recovered in a civil action by the Attorney General or by any district attorney, county counsel, or city attorney. (Business & Professions Code section 17536.)

5) Provides that a person who has suffered injury in fact and has lost money or property as a result of unfair competition may bring a civil action for relief. (Business & Professions Code section 17204.)

6) Provides for injunctive relief, restitution, disgorgement, and civil penalties for FAA violations. (Business & Professions Code sections 17203, 17206.)

COMMENTS: This non-controversial bill is a response to reported consumer complaints that certain businesses, especially those offering magazine subscriptions or other potentially continuous services, lure customers into signing up for "automatic renewals" without the consumer's full knowledge or consent. This bill seeks to address this problem by requiring clear disclosures and affirmative acts of customer consent. The author states:

> It has become increasingly common for consumers to complain about unwanted charges on their credit cards for products or services that the consumer did not explicitly request or know they were agreeing to. Consumers report they believed they were making a one-time purchase of a product, only to receive continued shipments of the product and charges on their credit card. These unforeseen charges are often the result of agreements enumerated in the 'fine print' on an order or advertisement that the consumer responded to. The onus falls on the consumer to end these product shipments and stop the unwanted charges to their credit card.

As noted in the author's background material, this bill was prompted in part by an investigation brought by the attorneys general of 23 states, including California, against Time, Inc. The investigations found that subscribers to several magazines published by Time, Inc. were discovering that their subscriptions were automatically renewed even though the customers claimed that they had never knowingly consented to the renewals. In 2006, the investigation resulted in a settlement agreement between the Attorneys General and Time that requires Time to more clearly disclose renewal terms and ensure that the consumer take some affirmative step to acknowledge consent or rejection of the automatic renewal offer. According to the author, the specific disclosure and consent requirements in this measure are modeled after, though not identical to, those set forth in the Time settlement.

ARGUMENTS IN SUPPORT: According to the California Public Interest Research Group (CALPIRG), "this bill will help ensure that consumers only get into an ongoing subscription if they want to." According to the Consumer Federation of California, this measure will curb deceptive marketing practices that are used to sell everything from magazine subscriptions to "free trial" offers that lock consumers into an ongoing purchase agreement. Supporters generally

LEGISLATIVE INTENT SERVICE (800) 666-1917

contend that this is a straightforward measure reflecting the basic premise that consumers deserve to know the terms and conditions to which they are agreeing.

Author's Technical Amendments: The author wishes to take the following technical and clarifying amendments:

- On page 4 after line 9 insert:

*(e) "Consumer" means any individual who seeks or acquires, by purchase or lease, any goods, services, money, or credit for personal, family, or household purposes.*

- On page 4 line 32 and on page line 16 change "customer" to "consumer"

PRIOR LEGISLATION: AB 88 (Chapter 77, Stats. of 2003) provides that a contract for a good or service that is made in connection with a telephone solicitation is unlawful if the telemarketer is in violation of a recent Federal Trade Commission (FTC) rule requiring that the seller obtain specified information and express consent directly from the consumer and, under certain circumstances, maintain a recording of the call. (This present bill would similarly require that automatic renewal offers made over the telephone comply with federal telephonic marketing regulations.)

REGISTERED SUPPORT/OPPOSITION:

Support:

California Alliance for Consumer Protection
California Public Interest Research Group (CALPIRG)
Consumer Federation of California

Opposition:

None on file

Analysis Prepared by: Thomas Clark / JUD. / (916) 319-2334

LEGISLATIVE INTENT SERVICE (800) 666-1917

# Exhibit 3

## Initial Complaint

**Date:** 12/12/2025

**Type:** $ Billing Issues

**Status:** Answered

My venmo account is being charged annually for a subscription to Airslate that I never signed up for. I dont use venmo to pay any bills. These are fraudulent charges. [redacted] will not dispute because charges were automatically paid. Airslate has multiple websites, none of which offer any way to modify or cancel subscriptions. This is a scam and should be addressed. I also need to confirm that they will no longer charge me but the company is set up in a way that even their contact us/help pages are just run around offering no real support.

### Business Response

**Date:** 12/15/2025

[redacted] hi! Many thanks for reaching out and our apologies if any confusion caused!
We indeed have several websites / online services, so in order to find you, we would need to know your Venmo user name, the amount of charge and its exact date.
You can revert/disagree with this complaint, then there will be an option to provide more information for investigation purposes.
Many thanks in advance for your cooperation! We'll do our best to settle this ASAP.

# Exhibit 4

## Initial Complaint

**Type:** Product Issues

**Date:** 11/30/2025

**Status:** Answered

I have been charged on [redacted] for 5 months now from a company named Airslate [redacted] and I don't even have an account with them to have a subscription. I have looked online and they are doing this to many people. They also have no contact number or email to reach them by that I can find. I want my money back from them.

### Business Response

**Date:** 12/01/2025

Hannah hi and many thanks for reaching out!
Charges from the screenshot indeed look like ours, can at least confirm that.
Unfortunately, we can't actually find you in our system. There is no account for the email you've provided in this complaint.
Do you use other emails? From work or college, for example.
Please let us know other emails in use as well as your Venmo user name (can't see it on the screenshot, sorry).
We have no problem refunding the transactions, just need to find you in our system.
Many thanks in advance for your cooperation.

Exhibit 5

**A. T.**

**Date:** 11/14/2025

I do not have an account. I reached out numerous times showing I was charged $154.08 and no one will get back to me! Please refund my account immediately! I tried disputing with [redacted] but they declined it! Poor customer service

**AirSlate, Inc**

**Date:** 11/18/2025

[redacted] hi! Many thanks for reaching out here as well. You indeed emailed us three times, can confirm, however, it seems you are not getting/seeing our replies? Our agents were asking for additional information (including Venmo user name). Most probably, this has been lost in spam. Can you check that folder for us? Thank you.

**A. T.**

**Date:** 11/20/2025

I have replied with requested information 5 times. I finally gave up and called but they claim I have to wait 30days for a refund because I tried disputing through Venmo and they denied it.

# Exhibit 6

**Wa K**

**Date:** 10/30/2025

I noticed an unauthorized charge of $132.00 to my Venmo account on Oct 29, 2025, listed under your companys name, AirSlate Inc.I would like to make it clear that:I did not authorize this payment.I have never used your services.I do not own or operate a business account.I have no idea how my Venmo account information was obtained by your company, but this transaction was made without my consent or knowledge.Please issue a full refund of $132.00 immediately and confirm once the refund has been processed.I have also reported this charge to Venmo as an unauthorized transaction.

**AirSlate, Inc**

**Date:** 11/04/2025

Dear Wa Ko,
many thanks for reaching out and apologies if any confusion using our site!
Our records show that your request has been successfully processed by [redacted] and ticket on their end was closed yesterday, November 03. Which means you will receive a refund within the coming seven days.
Since you do not recall the experience with our platform, please email [redacted] we'll pull account-related data for you. Or please visit [redacted]. Most probably, you were editing a PDF document on our site, might be one of the templates in our library. Does this ring a bell?

Exhibit 7

## Initial Complaint

**Type:** $ Billing Issues

**Date:** 10/22/2025

**Status:** Resolved

I received a charge on my venmo card for $104.81, free trial that was cancelled or thought it was due to the confusing path they make you follow.

### Business Response

**Date:** 10/23/2025

[redacted] hi! Many thanks for reaching out!
For the email indicated in this complaint we have an account which is registered only. Meaning, no paid subscription, no charges associated whatsoever.
The amount you are mentioning though seems to be our annual plan indeed.
This means that your account must be under a different email/credentials then.
If this is a mobile phone, it can be under your Apple ID, for example (if you are an Apple user).
Please email [redacted] and let us know the following information:
-- all emails you currently have in use (or have been using recently). Can be from work / college / NGO, etc.;
-- the exact date of charge and its exact amount;
-- your Venmo user name.
Refund is absolutely no problem, we just need to find the account linked to this charge.
Many thanks in advance for your cooperation!

## Customer Answer

**Date:** 10/23/2025

[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response submitted by the business and have determined that the response does satisfy my issues and/or concerns in reference to complaint # [redacted]. I understand that by choosing to accept the business response that my complaint will be closed as resolved.

Regards,

[redacted]

Exhibit 8

**Jason M**

**Date:** 09/17/2025

This company has been charging me $20 monthly for several months. I am embarrassed to admit that I did not catch this sooner. I tried to go online and figure out how to cancel.. It is impossible. I had to contact my credit card company to even assist with finding a phone number. In an attempt to cancel. Their sign up process is deceptive!! Evidently once I finally got through to someone I signed up for a trial through [redacted].. something I do not recall doing. Certainly not for a monthly subscription at $20 month. And they capitalize on making it difficult to contact them much less cancel. They should be ashamed of their practices!!!

**AirSlate, Inc**

**Date:** 09/19/2025

[redacted] hi! Sorry to hear that finding our contacts was not easy.
Please note that our direct email is [redacted].
The main page of our site is www.pdffiller.com, in the top right corner you can see Support button.
Once you click on that, you would be redirected to Support page, and there, also in the top right corner there's a button for Billing Support which will lead you here:
[redacted];
On this page you can submit a ticket / chat live / call the toll free number.
Please select the method of contacting us which you find to be most convenient for you.
Our Billing is online 24/7, weekends and holidays included, so any time really.
Thank you.

Exhibit 9

**Karen B**

**Date:** 09/17/2025

I tried to cancel my free trial and of course they make it very difficult and confusing do it on their website. I got live help and confirmation that my account had been canceled. Then in the middle of the night, I got a fraud alert from my credit card stating that the company had tried to charge me &96.

**AirSlate, Inc**

**Date:** 09/19/2025

[redacted] hi and sorry to hear about this confusion!
On our side, we see only one charge attempt for your email and card. Any chance your bank / mobile banking app is showing this with a bit of delay?
Our Billing Support just confirmed that you reached out to them directly couple days ago, and upon your request the account and subscription were both canceled. So there can't be / won't be any other charge attempts from us to your card, we assure you.

# Exhibit 10

## Initial Complaint

**Date:** 08/23/2025

**Type:** $ Billing Issues

**Status:** Answered

After cancelling my trial subscription in July 2025 I was billed $96 for an annual membership on 8-21-2025.

### Business Response

**Date:** 08/25/2025

[redacted] hi! Our apologies if any confusion with the process.
On our end, the case currently looks as follows:
you were charged on July 17th for our annual plan. Refund was issued on July 18th. Looks like you received it on July 21st.
Please note that this is actually mentioned on a bank slip you've attached to this complaint. The very top line, description:
[redacted], 7/18, REFUND.
Your subscription was canceled around the same dates, so there won't be any future charges from us.
Hope this helps!

# Exhibit 11

## Initial Complaint

**Date:** 01/28/2025

**Type:** Service or Repair Issues

**Status:** Answered

I have asked this company [redacted] parent company airSlate to cancel my subscription for months. I have proof that I have reached out to customer service multiple time after unsuccessfully trying to cancel on my own. Today, again, they charged me $39 which I did not authorize. This is the third month of unauthorized charges from them and they wont stop. They claim they cannot find my account yet continue to charge me. I have reached out multiple times over email as well as their text box customer service. Its a joke.

### Business Response

**Date:** 01/30/2025

[redacted] hi!
Apologies for the delay, your case is indeed a bit confusing as there's a lot of data involved.
Goods news though: we've located the account. It was not with airSlate itself (as filed in the complaint here) and not with signNow (as seen on the screenshots), that's why our Billing could not find you.
You had/have an account on another site of ours: [redacted]. You've signed up on 10/28/24 for a Basic Monthly, and the subscription is still active, hence the charges.
Their Billing Support [redacted] will email you right away to explain the situation in detail and offer the solution.
We are hoping to see this settled very soon!

Exhibit 12

## Initial Complaint

**Type:** $ Billing Issues

**Date:** 08/23/2024

**Status:** Answered

I was charged 96$ to my venmo account by [redacted]. This transaction went through at 4:46am. I used a service that they sell once, as it was marketed as free. I never provided any banking information and never agreed to signing up for an annual charge for their service. I don't know how they got my information to create a venmo charge, but this practice is extremely deceptive and predatory. I would appreciate a refund.

### Business Response

**Date:** 08/26/2024

Hello [redacted]!
Many thanks for reaching out and apologies if any confusion.
Our Billing Support agent will be emailing you today to explain how the [redacted] was provided and also to assist you with the refund.
We hope to see this settled very soon.

Exhibit 13

## Initial Complaint

Date: 08/17/2024

**Type:** Sales and Advertising Issues

**Status:** Answered

I was charged by airslate LLC for a subscription that I never signed up for. Predatory and fraud company., I do not use my Venmo for subscriptions and this is the account/card that was charged. I have no record via email of this purchase.

### Business Response

Date: 08/19/2024

Hello there,
the customer has reached out to our Billing Support several days ago, actually.
We have sent an email back requesting more details to verify the account and right now we are still waiting for them to get back to us.
Please, check your inbox (we occasionally get into Spam) and provide the requested data when you have a minute.
Thank you.

# Exhibit 14

## Initial Complaint

**Date:** 08/01/2024

**Type:** $ Billing Issues

**Status:** Answered

I was charged $96 by a company named Airslate through my venmo account. I used the service once under the implication it was free, did not provide any billing information. I have no email confirmations or any correspondence from Airslate indicating they would be charging me $96. This is fraudulent and predatory.

### Business Response

**Date:** 08/02/2024

[illegible] hi!
Many thanks for reaching out. Our records show that you have already cancelled the subscription manually (on July 28th), so our Billing Support just went ahead and arrange a full refund for you, following this cancelation.
Please check your inbox for the email confirmation of the same.
On a final note, we would like add though that actually, we do send email notifications to all newly registered users detailing the conditions of our free trial period. The corresponding email might have gotten into spam but it was surely sent.
We hope that your bank will receive the refund very soon and this case will be fully settled.

# Exhibit 15

**Lisa T.**

**Date:** 07/12/2024

★☆☆☆☆

I utilized this online PDFFiller service for one time. I cancelled the subscription. PDFfiller erroneously billed without notification. Once billed, I cancelled the new subscription and contacted customer support for a refund. The company responded that I needed to send them proof of payment through PayPal. The information requested is what they already had. I believe their inability to notify the customer of a coming payment and even requesting information they already have record of are deceptive practices, in my feedback to the company, I noted that all subscriptions I now have notify me of the coming charging. [redacted] is important. PDFfiller struggle with transparent practices.

**AirSlate, Inc**

**Date:** 08/23/2024

[redacted] hi! We apologize for the delayed response. It took some time to find you in our system of records, actually, since your subscription and last charge from us were back in 2021. Are you talking about those charges from three years ago? If you have a newer account, it must have been under another email/name. Please let us know those, so we could provide a more detailed and meaningful reply.
At this point, we would like to note though that we do have email notifications informing users about the charges. And we had those three years ago as well.

# Exhibit 16

## Initial Complaint

**Date:** 01/31/2024

**Type:** Product Issues

**Status:** Answered

$100.69 was taken out of my account on 01/31/2024 without my permission. This is fraud. There is no customer service number to contact them to discuss getting a refund. I would like the money to be put back in my account!!!!!@

### Business Response

**Date:** 02/02/2024

Hello,
[redacted] has actually found the customer service number and has been in direct communication with our Support, about 20 minutes ago.
We've found the account, canceled the subscription and issued a refund.
We hope this settles the case!

# Exhibit 17

## Initial Complaint

**Date:** 01/18/2024

**Type:** Service or Repair Issues

**Status:** Resolved

Airslate [redacted] tool $144 twice from my venmo with no authorization! Its unbelievable what I've been through over this!

## Business Response

**Date:** 01/19/2024

[redacted] hi and many thanks for reaching out!
Our Billing Support has just issued a refund for the latest charge and will explain the rest over the email.

## Customer Answer

**Date:** 01/19/2024

[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response submitted by the business and have determined that the response does satisfy my issues and/or concerns in reference to complaint #[redacted]. I understand that by choosing to accept the business response that my complaint will be closed as resolved.

Regards,

[redacted]

# Exhibit 18

## Initial Complaint

**Type:** $ Billing Issues

**Date:** 01/07/2024

**Status:** Answered

Last night at 12:28 AM I was charged for a year membership for PDFfiller, a free service I used to fill out a form. I did not authorize this charge and request a refund.

### Business Response

**Date:** 01/08/2024

Hello there!
Our records show that [redacted] reached out to us independently yesterday, January 08.
The subscription was canceled, and a refund was issued.
We hope this settles the case, thank you!

# Exhibit 19

## Initial Complaint

**Date:** 12/20/2023

**Type:** $ Billing Issues

**Status:** Answered

Today (December 20, 2023), I woke up to an unauthorized charge of $150.48 from Airslate to my Venmo account. I do not know who Airslate is and I have no idea how they got access to my Venmo information. This is an unacceptable business practice and I do not know how this has not been remedied by the company with all of the previous similar complaints.

### Business Response

**Date:** 12/22/2023

hi and many thanks for reaching out!
This is to confirm that your subscription has been canceled and a refund has been issued for you.
Please check your inbox for the email confirmation re the same.
If you have any further questions/concerns, feel free to reply to that email you've just received from us.
Best season's greetings,
pdfFiller/airSlate

# Exhibit 20

## Initial Complaint

**Type:** $ Billing Issues

**Date:** 06/23/2023

**Status:** Resolved

I received a charge on my bank account for $103.06 today, June 23, 2023. I have never heard of this company nor its other PDFFiller company. I would like my money back ASAP because now days it's hard to come by $103.06. I never signed up for any subscription nor any emails. I haven't gotten any notifications or emails about this company or I would have stopped the charge. If it's not the company doing the charges then a investigation needs to be done to find out who is behind the unnecessary charges.

### Business Response

**Date:** 06/26/2023

[redacted] hi! Many thanks for reaching out!
Unfortunately, we can't find anything for this Yahoo email you've indicated in your complaint. And for your full name we actually have several accounts, so it's hard to say which of those is yours.
Do you use any other email addresses? Or alternatively, please let us know the date of this charge and the last four digits of the credit card charged.
Then we would be able to find the charge in our system and issue a refund for you.
We hope to see this settled soon!

### Customer Answer

**Date:** 06/26/2023

The last 4 of the credit card charged is [redacted] and the charge went through on June 25th, 2023. The charge was pending when I started sending the messages. I have [redacted] as another email but I have not received any emails from this business on any email.

# Exhibit 21

## Initial Complaint

**Type:** Product Issues

**Date:** 04/29/2023

**Status:** Answered

Hi, [redacted] charged my Venmo account $144.00 without my consent at 5 am on 4/29/2023. I am very frustrated because this took from my rent money and I am a single mother. I am requesting a refund of my money as quickly as possible.

### Business Response

**Date:** 05/01/2023

Hi there!
The subscription in question has been created under a different email, not the one indicated in this complaint (but rather the one affiliated with an educational institution).
Free trial started on March 30th. First charge was automatically processed (since there was no cancelation) on April 29th.
The customer contacted our Billing Support via the live chat on pdffiller.com on the same day (April 29th). The subscription was thus canceled and a refund has been then arranged.
We hope this settles the case!

Exhibit 22

## Initial Complaint

**Date:** 03/20/2023

**Type:** $ Billing Issues

**Status:** Resolved

I've already canceled my plan for AirSlate for months, I've even deleted my account but still get charged for $20 every month, this company is frauding the customers.

### Business Response

**Date:** 03/22/2023

Hi there!
We do not have anything recorded under the email mentioned in this complaint.
Most probably, an account with us has been created using a different email.
Our Billing Support will email you today (to the [illegible] email) to investigate and settle this. This would probably be a bit quicker than via BBB.
Many thanks in advance for your cooperation on settling this! We hope to see this settled soon!

## Customer Answer

**Date:** 03/22/2023

[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response submitted by the business and have determined that the response does satisfy my issues and/or concerns in reference to complaint #[illegible]. I understand that by choosing to accept the business response that my complaint will be closed as resolved.

Regards,

[illegible]

Exhibit 23

## Initial Complaint

**Type:** $ Billing Issues

**Date:** 02/14/2023

**Status:** Resolved

I tried to buy groceries just now and my card was declined! When I checked my account I saw a charge for $96 through Venmo from AirSlate, Inc. on Monday, Feb 13, 2023 at 4:08am. I was asleep with my phone on my nightstand at 4:08am! I have NEVER heard of this company nor have I ever purchased or NEVER authorized any transactions with them. This fraudulent charge has left my balance negative and now I have no idea how to get my groceries!! I would like my money refunded back to me and this company penalized for stealing from me!

## Business Response

**Date:** 02/15/2023

**** hi! Many thanks for reaching out!
You may not recognize the brand name of the vendor, airSlate ***** but you probably can recall pdfFiller, the online PDF editor? Cause it appears you have an active subscription in its system.
Our Billing Support has just canceled your subscription and issued a full refund for you.
We hope to see this settled soon!

## Customer Answer

**Date:** 02/15/2023

[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]

Better Business Bureau:

I have reviewed the response submitted by the business and have determined that the response does satisfy my issues and/or concerns in reference to complaint #********. I understand that by choosing to accept the business response that my complaint will be closed as resolved.

Regards,

*************************

# Exhibit 24

## Initial Complaint

**Type:** Service or Repair Issues

**Date:** 01/23/2023

**Status:** Answered

I tried to use my debit card when it was declined. I checked my bank account and it was at a negative value. I noticed a $144 charge from "AirSlate ***** a company I have NEVER heard of, on my venmo. Venmo is only used for my best friend. I never use it for purchases. I am an 18 year old nursing student, who you guys STOLE from. I then came to find that you have done this to so many other innocent people. What is wrong with you people? Do better, and give me my money back.

### Business Response

**Date:** 01/24/2023

We do not have any activity recorded under the email indicated in this complaint
(Not surprisingly, considering the spelling)
We would appreciate if BBB as an intermediary party could verify this email, as we have reasons to believe this is false information.
If the charge did happen, please provide the following info:
Venmo credentials aka Venmo name
you actual (real) full name
and an alternative email
Many thanks.

Exhibit 25

## Initial Complaint

**Date:** 01/14/2023

**Type:** $ Billing Issues

**Status:** Answered

There was an unauthorized charge to my Venmo account for 96$. Tried calling the company and nothing has been done. Ive never heard of this company till the charge popped up in my account

### Business Response

**Date:** 01/17/2023

Hi there!
We do not have any records for the email indicated in this complaint.
Do you use other emails? Or please let us know your Venmo name.
We'll investigate as soonest! Thank you!

# Exhibit 26

## Initial Complaint

**Date:** 12/11/2022

**Type:** Service or Repair Issues

**Status:** Resolved

I have been trying to unsubscribe to PDFFiller service since August. I have wrote them, and attempted to unsubscribe online. I am still being charged a monthly bill and dont know how to make it stop.

### Business Response

**Date:** 12/12/2022

****** hi!
We can't actually track absolutely any activity under this name or email. Any chance you are using other names/emails?
Or please send us the following information: the last four digits of the credit card charged; the dates of the transactions in question and the exact amounts.
Canceling and getting a refund is no problem at all. It's just we can't find you!
Many thanks in advance for your cooperation on settling this!

### Customer Answer

**Date:** 12/13/2022

Hi
My card number on file ends in ****, andmy subscription ID is "sub_1JsDDEI8peTyHB4pJZwbsZqM"

Regards,

**********************************

Exhibit 27

# Important Information

## Additional Info

More information, including Brands Sold, Products Sold, Month in Operation, Provides Delivery, Pet Friendly and more.

## Customer Complaint

BBB with the use of artificial intelligence, analyzed the complaints on 4/22/24

BBB shared the findings and recommendations with Airslate, Inc.

The findings appeared to show:

Unauthorized charges: The vast majority of complaints involve customers being charged by AirSlate without their knowledge or consent, often through their linked Venmo accounts. Charges range from $20 to $180, with $96 being the most common amount.

Lack of familiarity with the company: Most complainants state they have never heard of AirSlate before and have no idea why they were charged, suggesting they did not knowingly sign up for any services.

Difficulty obtaining refunds: Customers express frustration with AirSlate's lack of responsiveness and inability to easily obtain refunds for unauthorized charges. Some report difficulty canceling unwanted subscriptions.

Possible connection to PDFfiller: Some complaints mention PDFfiller, suggesting it may be a subsidiary service of AirSlate. Several customers report signing up for free PDFfiller trials and then being unexpectedly charged by AirSlate.

Potential data security issues: A few complaints raise concerns about how AirSlate obtained customers' personal and financial information in order to process unauthorized charges.

On 7/1/24 Airslate,Inc responded to BBB with:

99% of the complaints are, sadly, related to the fact that [some] people do not understand how free trial period works as such. On our end, we did everything possible to prevent this misunderstanding: there is explicit information provided upon account registration and there is also an email sent which contains info on the free trial deadline and other important details.

Refunds with pdfFiller / airSlate can be requested in three ways:

1. Email to Support.
2. Chat online on our sites.
3. Free phone line.

https://my.airslate.com/help-center

Our refund policy is "refund no questions asked". We never object or persuade people to stay.Once any customer (current or former) requests information on how we store and share data, we put them in contact with our Legal department and they provide detailed information on this. And of course, we never share data with any third parties.

Exhibit 27
Page 36

# Exhibit 28


pdfFiller
Start your FREE trial of pdfFiller!
Choose The Premium plan to also get the fully integrated signNow e-Signature solution
and US Legal Forms — the largest online library of legal forms
Don't worry, you can always switch plans or cancel anytime
No matter which plan you choose, a 30-DAY FREE TRIAL is included in each plan
Edit & e Sign documents
Add fillable fields
Generate & fill forms
Host fillable forms
Request signatures & get notifications
Convert documents
BASIC
Fill and edit documents
Edit, fill, draw, print, save or fax
Convert PDFs to editable Word documents
Erase, highlight & re-write PDFs
Access documents from anywhere
View more
Customer support WITHIN A DAY
$20
per month
Select Payment Schedule
Month-to-month
Month-to-month Basic plan selected
PLUS
Create documents and templates
Create reusable templates
Merge, rearrange or add pages
Add basic fillable fields
Convert PDFs to editable Word documents
View more
Customer support WITHIN 30 MINUTES
$30
per month
Select Payment Schedule
Month-to-month
Choose month-to-month Plus plan
PREMIUM
BEST VALUE
e Sign and create workflows
Send documents out to be signed using signNow
US Legal Forms Library
Create reusable templates
Collect and export data
Advanced workflows
View more
Customer support INSTANT CHAT
$40
per month
Select Payment Schedule
Month-to-month
Choose month-to-month Premium plan
Enjoy the free trial followed by a transparent payment process
Day 1-30
Free trial
You are on the 30-day free trial. Use pdfFiller and switch plans for free. Cancel any time with no obligations.
Day 31
Payment
pdfFiller will charge your credit card according to the type of plan you are on.
Day 31-180
Money-back guarantee
Don't feel like pdfFiller is the right choice? Use the 180-day Money Back Guarantee option via pdfFiller's 24/7 customer service. No questions asked.
Rated Excellent
Trustpilot
Best Relationship
2023
Capterra 4.5
Best Usability
2023
93,799
Ratings & Reviews
APPROVED
Enter your payment information to start your 30-day free trial
Your first charge will be after your 30-DAY FREE TRIAL ends
Billing information on your statement will show a charge "SupportPDFfiller.com 855-750-1663"
Purchase summary
BASIC (MONTHLY)
Switch to Premium Plan to Get a
Free signNow Premium
Free US Legal Forms
Switch to Premium
Today's charge: $0.00
After 30 days $20 per month
Monthly
Pay
G Pay
PayPal
venmo
First name
Last name
Card number
Card number
VISA
Exp. date
MM / YYYY
CVV/CVC
CVV
What is this?
Zip code
Try it risk free
You can change plans, or cancel anytime during your 30-DAY FREE TRIAL and you won't be charged anything.
I have read and agree to the Terms and Conditions
Start my free 30-day trial!
airSlate Inc. 17 Station street, 3rd floor, Brookline MA, 02445, USA
2008
VERIFIED & SECURED
PDFfiller is rated
Trustpilot
APPROVED

# Exhibit 29


Payment Received - pdfFiller
pdffiller.com/en/payment/success/cc/1.htm?p=yearly
pdfFiller
MY DOCS FOR BUSINESS DEVELOPERS SUPPORT MY ACCOUNT
Your 30 Day Free Trial of pdfFiller's Basic plan has been activated!
You can now use all of pdfFiller's Annual Basic Plan features to edit, sign, save and send your documents. Your Free Trial will expire on 08/15/2024, after that you will be charged $96 (annually).
Billing Information on your statement will show a charge "PDFFILLER.COM".
Continue to My Forms
Add/Manage users
Contact our support team with any questions.
Solve all your PDF problems
Convert & Compress
Compress PDF
PDF Converter
Split & Merge
Split PDF
Merge PDF
Convert from PDF
PDF to Word
PDF to Excel
View & Edit
Edit PDF
Delete Pages
Convert to PDF
Word to PDF
PPT to PDF
Sign & Security
eSign PDF
Protect PDF
5:10 PM
7/16/2024

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
James T. Hannink (131747); Zach P. Dostart (255071)
DOSTART HANNINK LLP, 4225 Executive Square, Suite 600, La Jolla, CA 92037

TELEPHONE NO.: (858) 623-4200 FAX NO.: (858) 623-4299
EMAIL ADDRESS: jhannink@sdlaw.com; zdostart@sdlaw.com
ATTORNEY FOR *(Name):* Plaintiff Olivia Venegas

*FOR COURT USE ONLY*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
**03/23/2026 at 03:19:47 PM**
By: Danielle Harbour,
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Rene C. Davidson Courthouse

CASE NAME:
Venegas v. AirSlate, Inc.

## CIVIL CASE COVER SHEET

[X] **Unlimited** (Amount demanded exceeds $35,000)
[ ] **Limited** (Amount demanded is $35,000 or less)

## Complex Case Designation

[ ] Counter [ ] Joinder

Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 26CV177832

JUDGE:

DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [X] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [X] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [X] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [X] Substantial amount of documentary evidence
   d. [X] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* 1. False Advertising (Based on Violation of Automatic Renewal Law); and 2. Unfair Competition
5. This case [X] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: March 23, 2026

Zach P. Dostart
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

F. ADDENDUM TO CIVIL CASE COVER SHEET

| **Short Title:** Venegas v. AirSlate, Inc. | **Case Number:** |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM

**THIS FORM IS REQUIRED IN ALL NEW UNLIMITED CIVIL CASE FILINGS IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**

[ X ] Oakland, Rene C. Davidson Alameda County Courthouse (446)
[ ] Hayward Hall of Justice (447)
[ ] Pleasanton, Gale-Schenone Hall of Justice (448)

| Civil Case Cover Sheet Category | Civil Case Cover Sheet Case Type | Alameda County Case Type (check only one) |
|---|---|---|
| Auto Tort | Auto tort (22) | [ ] 34 Auto tort (G)<br>**Is this an uninsured motorist case? [ ] yes [ ] no** |
| Other PI /PD / WD Tort | Asbestos (04) | [ ] 75 Asbestos (D) |
| | Product liability (24) | [ ] 89 Product liability (not asbestos or toxic tort/environmental) (G) |
| | Medical malpractice (45) | [ ] 97 Medical malpractice (G) |
| | Other PI/PD/WD tort (23) | [ ] 33 Other PI/PD/WD tort (G) |
| Non - PI /PD / WD Tort | Bus tort / unfair bus. practice (07) | [X] 79 Bus tort / unfair bus. practice (G) |
| | Civil rights (08) | [ ] 80 Civil rights (G) |
| | Defamation (13) | [ ] 84 Defamation (G) |
| | Fraud (16) | [ ] 24 Fraud (G) |
| | Intellectual property (19) | [ ] 87 Intellectual property (G) |
| | Professional negligence (25) | [ ] 59 Professional negligence - non-medical (G) |
| | Other non-PI/PD/WD tort (35) | [ ] 03 Other non-PI/PD/WD tort (G) |
| Employment | Wrongful termination (36) | [ ] 38 Wrongful termination (G) |
| | Other employment (15) | [ ] 85 Other employment (G) |
| | | [ ] 53 Labor comm award confirmation |
| | | [ ] 54 Notice of appeal - L.C.A. |
| Contract | Breach contract / Wrnty (06) | [ ] 04 Breach contract / Wrnty (G) |
| | Collections (09) | [ ] 81 Collections (G) |
| | Insurance coverage (18) | [ ] 86 Ins. coverage - non-complex (G) |
| | Other contract (37) | [ ] 98 Other contract (G) |
| Real Property | Eminent domain / Inv Cdm (14) | [ ] 18 Eminent domain / Inv Cdm (G) |
| | Wrongful eviction (33) | [ ] 17 Wrongful eviction (G) |
| | Other real property (26) | [ ] 36 Other real property (G) |
| Unlawful Detainer | Commercial (31) | [ ] 94 Unlawful Detainer - commercial — **Is the deft. in possession of the property? [ ] Yes [ ] No** |
| | Residential (32) | [ ] 47 Unlawful Detainer - residential |
| | Drugs (38) | [ ] 21 Unlawful detainer - drugs |
| Judicial Review | Asset forfeiture (05) | [ ] 41 Asset forfeiture |
| | Petition re: arbitration award (11) | [ ] 62 Pet. re: arbitration award |
| | Writ of Mandate (02) | [ ] 49 Writ of mandate<br>**Is this a CEQA action (Publ.Res.Code section 21000 et seq) [ ] Yes [ ] No** |
| | Other judicial review (39) | [ ] 64 Other judicial review |
| Provisionally Complex | Antitrust / Trade regulation (03) | [ ] 77 Antitrust / Trade regulation |
| | Construction defect (10) | [ ] 82 Construction defect |
| | Claims involving mass tort (40) | [ ] 78 Claims involving mass tort |
| | Securities litigation (28) | [ ] 91 Securities litigation |
| | Toxic tort / Environmental (30) | [ ] 93 Toxic tort / Environmental |
| | Ins covrg from cmplx case type (41) | [ ] 95 Ins covrg from complex case type |
| Enforcement of Judgment | Enforcement of judgment (20) | [ ] 19 Enforcement of judgment |
| | | [ ] 08 Confession of judgment |
| Misc Complaint | RICO (27) | [ ] 90 RICO (G) |
| | Partnership / Corp. governance (21) | [ ] 88 Partnership / Corp. governance (G) |
| | Other complaint (42) | [ ] 68 All other complaints (G) |
| Misc. Civil Petition | Other petition (43) | [ ] 06 Change of name |
| | | [ ] 69 Other petition |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA** | Reserved for Clerk's File Stamp<br>**FILED**<br>Superior Court of California<br>County of Alameda<br>03/23/2026<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: ____ Deputy<br>D. Harbour |
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | |
| PLAINTIFF:<br>Olivia Venegas, individually and on behalf of all others similarly situ | |
| DEFENDANT:<br>AirSlate, Inc., a Delaware corporation | |
| **NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>26CV177832 |

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

| | | |
|---|---|---|
| Date: 08/31/2026 | Time: 2:30 PM | Dept.: 21 |
| Location: Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | | |

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

Expedited Jury Trials

If the parties agree, they may try the case in an Expedited Jury Trial. Code of Civ. Proc. § 630.01 et seq. In short, the parties would agree to the following: 8 jurors (6 must agree); 3 peremptory challenges per side; 5-hour time limit per side, unless otherwise agreed and approved; one to two court days for completion, unless otherwise agreed and approved; high/low arrangement option; and limited right to appeal. For additional information, please see the following links:

- EJT-010-INFO* Expedited Jury Trial Information Sheet (ca.gov)
- EJT-008 Agreement of Parties (Mandatory Expedited Jury Trial Procedures) (ca.gov)
- EJT-020 [Proposed] Consent Order for Voluntary Expedited Jury Trial (ca.gov)

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | FILED<br>Superior Court of California<br>County of Alameda<br>03/23/2026<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: Deputy<br>D. Harbour |
| PLAINTIFF/PETITIONER:<br>Olivia Venegas, individually and on behalf of all others similarly situated | |
| DEFENDANT/RESPONDENT:<br>AirSlate, Inc., a Delaware corporation | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>26CV177832 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Zach P. Dostart
Dostart Hannink LLP
4225 Executive Square Suite 600
La Jolla, CA 92037

James T Hannink
Dostart Hannink LLP
4225 Executive Square Suite 600
La Jolla, CA 92037

Chad Finke, Executive Officer / Clerk of the Court

Dated: 03/25/2026 By:

D. Harbour, Deputy Clerk

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

AIRSLATE, INC., a Delaware corporation; and DOES 1-50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

OLIVIA VENEGAS, individually and on behalf of all others similarly situated

***FOR COURT USE ONLY***
***(SOLO PARA USO DE LA CORTE)***

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
03/23/2026
Chad Finke, Executive Officer / Clerk of the Court
By: D. Harbour Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):*
26CV177832

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James T. Hannink (131747); Zach P. Dostart (255071); DOSTART HANNINK LLP
4225 Executive Square, Suite 600, La Jolla, CA 92037; (858) 623-4200

DATE: 03/23/2026 Chad Finke, Executive Officer / Clerk of the Court Clerk, by D. Harbour, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Zach P. Dostart, Esq., Bar #255071<br>Dostart Hannink LLP<br>4225 Executive Square<br>Suite 600<br>La Jolla, CA 92037<br>*Telephone No:* 858-623-4200<br>*Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | *For Court Use Only*<br>**ELECTRONICALLY FILED**<br>Superior Court of California, County of Alameda<br>**04/03/2026 at 11:01:07 AM**<br>By: Maria Alvarado, Deputy Clerk |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Alameda County Superior Court | | |
| *Plaintiff(s):* Olivia Venegas<br>*Defendant:* Airslate, Inc., a Delaware Corporation | | |

| **PROOF OF SERVICE Summons Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV177832 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet and Addendum; Notice of Case Management Conference; ADR Information Package

3. a. *Party served:* Airslate, Inc., a Delaware Corporation
   b. *Person served:* Allie Alvarez, Authorized Agent

4. *Address where the party was served:* Northwest Registered Agent, Inc.
   2108 N Street, Suite N
   Sacramento, CA 95816

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 31, 2026 (2) at: 2:45PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* Airslate, Inc., a Delaware Corporation
   Under CCP 416.10 (corporation)

7. ***Person Who Served Papers:***
   a. Robert J. Mason
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee*** *for Service was:* $129.70
   e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 03-007
   *(iii) County:* Placer
   *(iv) Expiration Date:* Sun, Oct. 31, 2027

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

***Date: Thu, Apr. 02, 2026***

RM

**(Robert J. Mason)**